

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-8-2010

# In Re: Philadelphia Newspapers

Precedential or Non-Precedential: Precedential

Docket No. 09-4266

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"In Re: Philadelphia Newspapers " (2010). *2010 Decisions*. Paper 1422.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1422

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 09-4266

IN RE:  PHILADELPHIA NEWSPAPERS, LLC, ET AL.

CITIZENS BANK OF PENNSYLVANIA;
STEERING GROUP OF PREPETITION SECURED LENDERS,

Appellants

No. 09-4349

IN RE:  PHILADELPHIA NEWSPAPERS, INC.,

OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
CITIZENS BANK OF PENNSYLVANIA;
STEERING GROUP OF PREPETITION SECURED LENDERS,

Official Committee of Unsecured Creditors,
Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 09-mc-00178)
District Judge:  Honorable Eduardo C. Robreno

Argued December 15, 2009

Before:  AMBRO, SMITH and FISHER, <u>Circuit Judges</u>

(Opinion Filed: March 22, 2010)

## <u>ORDER  AMENDING DISSENTING OPINION</u>

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Dissenting Opinion in the above case filed March 22, 2010, be amended as follows:

On page 35, paragraph 1, line 7, after the sentencing ending in "exclusivity for clause (ii)" as a new sentence that reads, "To hold otherwise would make an anomalous distinction between those sales free of liens conducted prior to plan confirmation under § 363 and those sales free of liens conducted as part of a cramdown plan under § 1129(b)(2)(A)".

By the Court,


<u>/s/ Thomas L. Ambro</u>
Circuit Judge


Dated: April 8, 2010
PDB/cc: All Counsel of Record

2